```
 1 | DENNIS S. WAKS, Bar #142581
   | Acting Federal Defender
 2 | ERIC V. KERSTEN, Bar #226429
   | Assistant Federal Defender
 3 | Designated Counsel for Service
   | 2300 Tulare Street, Suite 330
 4 | Fresno, California  93721-2226
   | Telephone: (559) 487-5561
 5 |
   | Attorney for Defendant
 6 | AMADO PIMENTEL-CRUZ
 7 |
 8 |              IN THE UNITED STATES DISTRICT COURT
 9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )   Case No. 1:03-cr-5294 OWW
                                  )
12 |           Plaintiff,          )   STIPULATION TO EXTEND PLAINTIFF'S TIME FOR
                                  )   FILING RESPONSE TO DISCOVERY MOTION;
13 |      v.                      )   CONTINUE STATUS CONFERENCE/ MOTION
                                  )   HEARING; AND ORDER THEREON
14 | AMADO PIMENTEL-CRUZ,          )
                                  )   DATE: March 7, 2006
15 |           Defendant.          )   TIME : 9:00 a.m.
                                  )   DEPT : Hon. Oliver W. Wanger
16 |
```

17    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorney of record herein, that plaintiff's time for responding to defendant's Motion for Discovery is

19 extended from January 9, 2006 to **February 27, 2006**; and the hearing on said Status

20 Conference/Motions hearing is continued from January 20, 2006 to **March 7, 2006 at 9:00 a.m.**

21    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

22 justice, including but not limited to, the need for the period of time set forth herein for effective defense

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: January 10, 2006                MCGREGOR W. SCOTT
                                          United States Attorney

5                                          /s/ Marianne A. Pansa
                                          MARIANNE A. PANSA
6                                         Assistant U.S. Attorney
                                          Attorney for Plaintiff

7  DATED:  January 10, 2006               DENNIS S. WAKS
8                                         Acting Federal Defender

10                                         /s/ Eric V. Kersten
                                          ERIC V. KERSTEN
11                                        Assistant Federal Defender
                                          Attorney for Defendant

### **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  _January 12, 2006_

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
U.S. District Court Judge for the
Eastern District of California

Stipulation to Extend Plaintiff's Time for Filing
Response to Discovery Motion; Continue Motion/
Status Conference Hearing                    2