DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMADO PIMENTEL-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:03-cr-5294 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | DATE: April 25, 2006 |
| AMADO PIMENTEL-CRUZ, | ) ) | TIME : 9:00 a.m. DEPT : Hon. Oliver W. Wanger |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Amado Pimentel-Cruz, that the date for status conference in this matter may be continued to April 25, 2006. **The date currently set for status conference is April 4, 2006. The requested new date is April 25, 2006.**

This continuance is requested to allow time for additional investigation concerning defendant's possible claim of derivative citizenship.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: March 30, 2006              MCGREGOR W. SCOTT
                                   United States Attorney


                                    /s/ Marianne A. Pansa
                                   MARIANNE A. PANSA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DATED:  March 30, 2006             DANIEL J. BRODERICK
                                   Acting Federal Defender


                                   /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant


## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:     March 30, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference              2