DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMADO PIMENTEL-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:03-cr-5294 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. ) | DATE: May 31, 2006 |
| AMADO PIMENTEL-CRUZ, ) | TIME : 9:00 a.m. |
| Defendant. ) | DEPT : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Amado Pimentel-Cruz, that the date for status conference in this matter may be continued to May 31, 2006.  **The date currently set for status conference is April 25, 2006.  The requested new date is May 31, 2006.**

This continuance is requested to allow time for additional investigation concerning defendant's possible claim of derivative citizenship.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: April 20, 2006          MCGREGOR W. SCOTT
                               United States Attorney


                                /s/ Marianne A. Pansa
                               MARIANNE A. PANSA
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


DATED:  April 20, 2006         DANIEL J. BRODERICK
                               Acting Federal Defender


                               /s/ Eric V. Kersten
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant


## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 24, 2006**           /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE