DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMADO PIMENTEL-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:03-cr-5294 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | DATE: June 27, 2006 |
| AMADO PIMENTEL-CRUZ, | TIME : 9:00 a.m. |
| Defendant. | DEPT : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Amado Pimentel-Cruz, that the date for status conference in this matter may be continued to June 13, 2006.  **The date currently set for status conference is May 31, 2006.  The requested new date is June 27, 2006.**

This continuance is requested to allow time for additional investigation concerning defendant's possible claim of derivative citizenship.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

1  preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

3  DATED: May 25, 2006                MCGREGOR W. SCOTT
                                      United States Attorney

5                                      /s/ Marianne A. Pansa
                                      MARIANNE A. PANSA
6                                     Assistant U.S. Attorney
                                      Attorney for Plaintiff

9  DATED:  May 25, 2006               DANIEL J. BRODERICK
                                      Acting Federal Defender

11                                     /s/ Eric V. Kersten
                                      ERIC V. KERSTEN
12                                    Assistant Federal Defender
                                      Attorney for Defendant

15                                  **O R D E R**

16  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
17  § 3161(h)(B)(iv).

21  IT IS SO ORDERED.

23  **Dated:   May 26, 2006**                    **/s/ Oliver W. Wanger**
    emm0d6                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference            2