DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMADO PIMENTEL-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:03-cr-5294 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. ) | DATE: July 6, 2006 |
| AMADO PIMENTEL-CRUZ, ) | TIME : 9:00 a.m. |
| Defendant. ) | DEPT : Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Amado Pimentel-Cruz, that the date for status conference in this matter may be continued to July 6, 2006.  **The date currently set for status conference is June 27, 2006.  The requested new date is July 6, 2006.**

   This continuance is requested to allow time for completion of a fast-track presentence investigation report, to allow for a probable change of plea and sentencing on July 6, 2006.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited

///

///

///

to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED:  June 23, 2006                MCGREGOR W. SCOTT
                                     United States Attorney


                                      /s/ Marianne A. Pansa
                                     MARIANNE A. PANSA
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


DATED:  June 23, 2006                DANIEL J. BRODERICK
                                     Federal Defender


                                      /s/ Eric V. Kersten
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 23, 2006**                  /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference            2